# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130589(4)(6)(12)(15)(17)(20)(22)(24)(30)

IN RE REQUEST FOR ADVISORY
OPINION REGARDING
CONSTITUTIONALITY OF 2005 PA 71

SC: 130589

_____

        On order of the Chief Justice, motions by the following for leave to file briefs *amicus curiae* are GRANTED: NAACP, et al; Frank J. Kelley; Mike Bryanton, et al; American Center for Voting Rights Legislative Fund; Hon. Jennifer M. Granholm; Michigan Protection & Advocacy Service; House of Representatives Speaker; Lawyers' Committee for Civil Rights Under Law, et al; and Michigan House Democratic Caucus. The motion by the Speaker of the House of Representatives for leave to participate in oral argument is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2006

Clerk